JS-6

1  DAVID J. STEELE, CA Bar No. 209797
   Email: david.steele@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   3501 Jamboree Road, Suite 6000-North Tower
3  Newport Beach, CA 92660
   Telephone: (949) 476-0757
4  Facsimile: (949) 476-8640

5  HOWARD A. KROLL CA Bar No. 100981
   Email: howard.kroll@cph.com
6  CHRISTIE, PARKER & HALE, LLP
   350 W. Colorado Boulevard, Suite 500
7  Pasadena, CA 91105
   Telephone: (626) 795-9900
8  Facsimile: (626) 577-8800

9  Attorneys for Plaintiffs/Counter-Defendants
   DERMALOGICA, INC.; and
10 INTERNATIONAL DERMAL INSTITUTE, INC.

11 JOHN W. MACPETE, CA Bar No. 157285
   Email: jmacpete@lockelord.com
12 GEORGE M. TOMPKINS (Admitted *Pro Hac Vice*)
   Email: Gtompkins@lockelord.com
13 Locke, Lord, Bissell & Liddell LLP
   2200 Ross Avenue, Suite 2200
14 Dallas, Texas 75201-6776
   Telephone: 214-740-8662
15 Facimile:   214-756-8662

16 Attorneys for Defendants/Counter-Plaintiffs
   MANILA INDUSTRIES, INC.; NETSPHERE, INC.;
17 and MUNISH KRISHAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| DERMALOGICA, INC.; AND INTERNATIONAL DERMAL INSTITUTE, INC., <br><br>      Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> MANILA INDUSTRIES, INC.; NETSPHERE, INC.; AND MUNISH KRISHAN, <br><br>      Defendants/Counter-Plaintiffs. <br><br> and Related Counterclaims. | Case No. SACV07-406 JVS(ANx) <br><br> **ORDER FOR STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **Hon. James V. Selna** |

Having reached a settlement of their disputes, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs/Counter-Defendants, DERMALOGICA, INC. and INTERNATIONAL DERMAL INSTITUTE, INC. ("Plaintiffs"), and Defendants/Counter-Plaintiffs, Manila Industries, Inc.; Netsphere, Inc.; and Munish Krishan, ("Defendants"), by and through their attorneys of record, stipulate as follows:

1. That Plaintiffs' Complaint and Defendants' Counterclaims be dismissed with prejudice;

2. That all upcoming deadlines and hearings on the Court docket be vacated; and

3. That each party shall each bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Date: April 07, 2008

_____
James V. Selna
United States District Judge

LLB IRV1113107.1-*-04/4/08 6:19 PM

CHRISTIE, PARKER & HALE, LLP

-2-